**FILED**
**UNITED STATES DISTRICT COURT**
**DENVER, COLORADO**
*8:22 am, Jan 15, 2025*
**JEFFREY P. COLWELL, CLERK**

**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF COLORADO**
**DENVER DIVISION**

| | | |
|---|---|---|
| ROBINSON, CHRISTINE A, Equitable Legal and Equitable Owner, | § § § | Civil Action No: |
| Plaintiff, | § § | 1:25-cv-00142-RTG |
| v. | § § | **NON-NEGOTIABLE** |
| COLORADO SPRINGS UTILITIES, | § § | SPECIAL DEPOSIT |
| an enterprise of City of Colorado Springs, | § § | Trial by Jury demanded. |
| Defendant. | § § § | Speedy trial demanded. Injunctive relief is demanded. |

**NOTICE OF RELATED CASES**

Plaintiff gives notice that Case Number 1:24-cv-02734 filed in this same court against the same Defendant Colorado Springs Utilities with Magistrate Judge Dominguez Braswell and District Judge Sweeney presiding, is related to this case.


Date: 01/14/2025              /s/ .robinson, :christine-allison-diane:, heir and
                              Representative for CHRISTINE  A. ROBINSON
                              6465 Barrel Race Drive
                              Colorado Springs, Colorado 80923
                              Phone: (314) 891-2646
                              Email: christine1robinson1@gmail.com


**CERTIFICATE OF SERVICE**

On this 14th day of January 2025, i .robinson, :christine-allison-diane: certify that the foregoing Notice of Related Cases was served electronically to Clerk of Court, in THE UNITED STATES DISTRICT COURT DISTRICT OF COLORADO, 901 Nineteenth Street, Denver, Colorado 80294, via Email: COD_ProSe_Filing@cod.uscourts.gov.

                         /s/ .robinson, :christine-allison-diane: