IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 25-cv-00142-RTG

CHRISTINE A. ROBINSON, Equitable Legal and Equitable Owner,

    Plaintiff,

v.

COLORADO SPRINGS UTILITIES, and
CITY OF COLORADO SPRINGS,

    Defendants.

## MINUTE ORDER

ENTERED BY U.S. MAGISTRATE JUDGE RICHARD T. GURLEY

    Plaintiff's "Motion to Issue Summons Pursuant to Fraud on the Court" (ECF No. 9) is **granted in part** as follows. Pursuant to Rule 4(b) of the Federal Rules of Civil Procedure the Clerk's Office is directed to issue a summons if Plaintiff presents a summons that is properly completed.

    However, this action is currently under initial review pursuant to D.C.COLO.LCivR 8.1(a). Thus, any defendant that is served with process is not required to file an answer or other response until 21 days after initial review is completed and only if the case is drawn to a district judge and/or a magistrate judge under D.C.COLO.LCivR 8.1(c).

DATED: January 17, 2025