United States Bankruptcy Court  Re: Case No: 1:25-cv-00142
District of Colorado

FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO
25 FEB 20 PM 1:24



## Notice of Involuntary Bankruptcy Case Filing

An involuntary bankruptcy case concerning the debtor(s) listed below was filed under Chapter 7 of the United States Bankruptcy Code, entered on 02/14/2025 at 1:59 PM and filed on 02/13/2025.

**Entities 1-95**
SSN / ITIN: xxx-xx-0000

COLORADO SPRINGS UTILITIES,
CITY OF COLORADO SPRINGS,
UNITED STATES DISTRICT COURT

The case was filed by the following petitioning creditor(s):

**Christine Allison Diane Robinson**
8585 Criterion Dr., Unit 64182
Colorado Springs, CO 80920

The case was assigned case number 25-10773-KHT to Judge Kimberley H. Tyson.

If you would like to view the bankruptcy petition and other documents filed by the petitioning creditor(s) and the debtor, they are available at our *Internet* home page http://www.cob.uscourts.gov or at the Clerk's Office, US Bankruptcy Court, US Custom House, 721 19th St., Denver, CO 80202-2508.

You may be a creditor of the debtor. If so, you will receive an additional notice from the court setting forth important deadlines.

**Kenneth S. Gardner**
**Clerk, U.S. Bankruptcy Court**